# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

*Phone:*      *(212) 885-5246*

*Fax:*        *(917) 332-3053*

*Email:*      *AMingione@BlankRome.com*

February 3, 2021

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Time to answer extended to March 8, 2021.
Conference adjourned from February 19, 2021 to
March 25, 2021 at 12:00 p.m. Call-in information is:
Dial-In No.: 1-888-363-4749, Access Code: 3667981#.
SO ORDERED.
Dated:  2/3/2021

P. Kevin Castel
United States District Judge

Re:     ***Adam, et al. v. GT USA Wilmington, LLC***
        **Civil Action No.: 1:20-09273 (PKC)**

Dear Judge Castel:

        This firm represents defendant GT USA Wilmington, LLC ("Defendant").  We respectfully request an extension of Defendant's time to answer, move, or otherwise respond to Plaintiffs' Complaint.  In accordance with Your Honor's Individual Practices, Defendant sets forth the following:

        The current deadline is February 4, 2021.  We request that the deadline be extended to March 8, 2021.  The parties have been discussing a potential settlement in good faith, have exchanged proposals, and are making progress.  We intend to use the additional time to attempt to come to an amicable resolution.  This is Defendant's second request for an extension.  Plaintiffs' counsels have consented to this request.  There is an initial conference scheduled in the matter for February 19, 2021, at 2:00 p.m.  Accordingly, as directed in Your Honor's Individual Practices, we also request that the Initial Conference be adjourned to March 23, 2021, at 2:00 p.m.  A proposed scheduling order in this regard is attached.

        Thank you.

Respectfully submitted,

*/s/ Anthony A. Mingione*

Anthony A. Mingione

Enclosure

cc:     All Counsel of Record (By ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
DAVID F. ADAM, MICHAEL ANGELOS, JAMES    Case No.: 1:20-9273 (PKC)
CAMPBELL, DAVID CICALESE, PATRICK
DOLAN, ANISSA FRUCCI, ROGER J.
GIESINGER, JAMES R. GRAY, JR., BENNY      **SCHEDULING ORDER**
HOLLAND, JR., SHAREEN LARMOND, JOHN
NARDI, BERNARD O'DONNELL, JAMES H.
PAYLOR, JR., KENNETH RILEY, ALAN ROBB,
WILLIE SEYMORE, MICHAEL VIGNERON, AS
TRUSTEES OF THE MANAGEMENT-ILA
MANAGED HEALTH CARE TRUST FUND, FOR
AND ON BEHALF OF THE MANAGEMENT-ILA
MANAGED HEALTH CARE TRUST FUND,

                Plaintiffs,

    -against-

GT USA WILMINGTON, LLC,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      IT IS HEREBY ORDERED as follows:

      1.      The deadline for DEFENDANT GT USA WILMINGTON, LLC to answer, move, or otherwise respond to the Complaint is extended to March 8, 2021.

      2.      Counsel for all parties are hereby directed to appear before the undersigned for an Initial Pretrial Conference in accordance with Rule 16 of the Federal Rules of Civil Procedure on March 23, 2021, at 2:00 p.m.


Dated: _____, 2021       _____
      New York, New York            Hon. P. Kevin Castel, U.S.D.J.