UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

DAVID F. ADAM, MICHAEL ANGELOS, JAMES CAMPBELL, DAVID CICALESE, PATRICK DOLAN, ANISSA FRUCCI, ROGER J. GIESINGER, JAMES R. GRAY, JR., BENNY HOLLAND, JR., SHAREEN LARMOND, JOHN NARDI, BERNARD O'DONNELL, JAMES H. PAYLOR, JR., KENNETH RILEY, ALAN ROBB, WILLIE SEYMORE, MICHAEL VIGNERON, AS TRUSTEES OF THE MANAGEMENT-ILA MANAGED HEALTH CARE TRUST FUND, FOR AND ON BEHALF OF THE MANAGEMENT-ILA MANAGED HEALTH CARE TRUST FUND,

Case No.: 1:20-9273 (PKC)

**SCHEDULING ORDER**

Plaintiffs,

-against-

GT USA WILMINGTON, LLC,

Defendant.

------------------------------------X

IT IS HEREBY ORDERED as follows:

Counsel for all parties are hereby directed to appear before the undersigned for an Initial Pretrial Conference in accordance with Rule 16 of the Federal Rules of Civil Procedure on April 29, 2021, at 2:00 p.m.

Dated: __March 23__, 2021
New York, New York

P. Kevin Castel
United States District Judge